```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0002--CR (JKS)
                         "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"
                            DEF 1.1 RUSCH-GUTHRIE, ADRIAN JAMES

                  Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 04/20/05
             Closed: 11/28/05
 No. of Defendants: 2
    MJ Case Number:
                AKA:
    Location status: Other Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: James A. Goeke
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 1.1 RUSCH-GUTHRIE, ADRIAN JAMES
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:922(g)(1), 924(a)(2) FELON IN POSSESSION OF A FIREARM (F) | Sentenced (76-1) |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0002--CR (JKS)
                    "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"
                         DEF 2.1 JAMES, DEVEN ANTHONY

               Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 04/20/05
             Closed: 11/28/05
 No. of Defendants: 2
     MJ Case Number:
                AKA:
    Location status: Other Custody
         Trial date:
         Terminated: YES
 Needs interpreter: NO
  Counsel of record: William B. Carey
                     1502 W. 34th Avenue
                     Anchorage, AK 99503-3643
                     907-272-4255
                     FAX 907-272-4256
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 JAMES, DEVEN ANTHONY

Document           Count    Citation and Description                      Disposition
────────────       ─────    ──────────────────────────────                ───────────
   1 -   1 IND      1       18:922(g)(1), 924(a)(2) FELON IN POSSESSION OF A   Dismissed
                            FIREARM (F)                                        (69-1)
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                           "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                       For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 04/20/05
            Closed: 11/28/05
 No. of Defendants: 2


 Document #   Filed      Docket text

     1 -  1   04/20/05   [Re: DEF 1-2] PLF 1 Indictment.

  NOTE -  1   04/21/05   [Re: DEF 1] Issued WOA.

  NOTE -  2   04/21/05   [Re: DEF 2] Issued WOA.

     2 -  1   04/21/05   [Re: DEF 1-2] AHB Grand Jury Minutes re defs in State Custody; WOA to be
                         issed; H/C ad pros to follow; no bail set; set for arr & notify USM.

     3 -  1   05/11/05   [Re: DEF 1] PLF 1 motion (petition) for writ of habeas corpus ad
                         prosequendum.

     4 -  1   05/11/05   [Re: DEF 2] PLF 1 motion (petition) for writ of habeas corpus ad
                         prosequendum.

  NOTE -  3   05/12/05   [Re: DEF 1] Issued: Writ of H/C ad prosequendum.

  NOTE -  4   05/12/05   [Re: DEF 2] Issued: Writ of H/C ad prosequendum.

     5 -  1   05/12/05   [Re: DEF 1] PMP Order granting motion (petition) for writ of habeas
                         corpus ad prosequendum (3-1). cc: USA, USM, def w/USM cy

     6 -  1   05/12/05   [Re: DEF 2] PMP Order granting motion (petition) for writ of habeas
                         corpus ad prosequendum (4-1). cc: USA, USM, def w/USM cy

     7 -  1   05/12/05   [Re: DEF 1-2] PMP Minute Order re Arr set for 5/16/05 at 9:00 a.m. cc:
                         USA, USM, USPO defs w/USM cy

     8 -  1   05/16/05   DEF 1 Attorney Appearance of S. Tatter (FPD).

    8A-  1   05/16/05    [Re: DEF 1-2] PMP Court Minutes [ECR: Keitha Kolvig] re: Arraignment on
                         indictment (held 5/16/05): FPD appointed for D-1, CJA Wm. Carey
                         appointed for D-2; defs detained; detention hrg set for 5/19/05, 1:30
                         p.m. at Juneau; PTMs due 5/1/05; cnsl advised of 6/28/05 trial date. cc:
                         cnsl, Judge Singleton

    8B-  1   05/16/05    [Re: DEF 1] PMP Order of Detention Pending Hearing. cc: J. Goeke (USA),
                         S. Tatter (FPD), PTS, USM, Judge Singleton

    8C-  1   05/16/05    [Re: DEF 2] PMP Order of Detention Pending Hearing. cc: J. Goeke (USA),
                         W. Carey, PTS, USM, Judge Singleton

    8D-  1   05/16/05    [Re: DEF 1-2] PMP Order regarding preparation for trial; parties to meet
                         by 5/20/05; PTMs due 5/31/05. cc: S. Tatter (USA), W. Carey, PTS, USM,
                         Judge Singleton

     9 -  1   05/17/05   {SEALED}

     9 -  2   05/17/05   {SEALED}

 ACRS: R_RDSDX               As of 12/01/05 at 2:56 PM by GARRY                         Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                      "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                  For all filing dates


 Document #   Filed      Docket text

     10 -  1  05/18/05   DEF 1 Unopposed motion on shortened time to vacate 5/19/05 det hrg &
                         consent  to entry of detention order w/att aff.

     11 -  1  05/18/05   [Re: DEF 1-2] JKS Minute Order re TBJ set for 6/28/05 at 9:00 a.m. in
                         Juneau; FPTC set for 6/20/05 at 11:00 in Anch. cc: USA, FPD, W. Carey,
                         USM, USPO, MJ Pallenberg, JC, Juneau Clerk, ECR, Finance, Chief Deputy,
                         Clerk

     12 -  1  05/18/05   [Re: DEF 1] PMP Order granting unopposed motion on shortened time to
                         vacate 5/19/05 det hrg (10-1). cc: USA, S. Tatter, USM, USPO

     13 -  1  05/18/05   [Re: DEF 1] Return of WOA executed on 5/16/05.

     13 -  2  05/18/05   [Re: DEF 1] Statistical Notice of Arrest; defendant arrested 5/16/05.

     14 -  1  05/18/05   [Re: DEF 2] Return of WOA executed on 5/16/05.

     14 -  2  05/18/05   [Re: DEF 2] Statistical Notice of Arrest; defendant arrested 5/16/05

     15 -  1  05/19/05   DEF 2 Unopposed motion on shortened time to vacate detention hearing.

     16 -  1  05/19/05   [Re: DEF 1] PMP Order of Detention Pending Trial. cc: J. Goeke, S.
                         Tatter, USM, USPO, Judge Singleton

     17 -  1  05/19/05   [Re: DEF 2] PMP Order of Detention Pending Trial. cc: J. Goeke, W.
                         Carey, USM, USPO, Judge Singleton

     18 -  1  05/20/05   [Re: DEF 2] CJA appointment of W. Carey.

     19 -  1  05/25/05   DEF 1 Unopposed motion to continue trial.

     20 -  1  05/26/05   [Re: DEF 1-2] JKS Minute Order re hrg on unopposed mot to cont trial
                         (19-1) set for 5/31/05 at 2:30 p.m. cc: USA, FPD, B. Carey, USM, USPO

     21 -  1  05/31/05   DEF 1 Unopposed motion on shortened time to extend time for flg PTM's.

     22 -  1  06/01/05   [Re: DEF 1-2] JKS Court Minutes [ECR: April Karper] re Hrg on Unopposed
                         Mot to Cont Trial (DOC #19) (held 5/31/05); granting motion Unopposed
                         motion to continue trial (19-1); TBJ reset to 8/17/05 in Juneau, FPTC
                         set for 8/17/05 at 9:00 a.m. in Juneau; Crt found excludable delay under
                         18:3161(h)(8)(B)(iv); cc: USA, FPD, W. Carey, USM, USPO, MJ Pallenberg,
                         JC.

     23 -  1  06/01/05   [Re: DEF 1-2] PMP Minute Order granting unopposed motion on shortened
                         time to extend time for flg PTM's (21-1); PTM's as to both defs ext to
                         6/30/05. cc: USA, FPD, W. Carey

     24 -  1  06/02/05   DEF 2 motion for additional time until 6/24 to file motions w/att aff.

     25 -  1  06/07/05   [Re: DEF 2] PMP Minute Order terminating in light of this order: motion
                         for additional time until 6/24 to file motions (24-1). cc: USA, W. Carey

     26 -  1  06/08/05   [Re: DEF 1-2] PLF 1 Discovery Conference Certificate.

     27 -  1  06/29/05   DEF 2 Unopposed motion for additional time to file motions (until
                         7/1/05) w/att aff.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                             "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                        For all filing dates


 Document #   Filed       Docket text

    28 -  1   06/30/05    [Re: DEF 2] PMP Order granting unoppo mot for addtl time to file mots
                          (until 7/1/05) (27-1). cc: USA, FPD, W. Carey

    29 -  1   06/30/05    DEF 1 motion to suppress guns w/att memo.

    29 -  2   06/30/05    DEF 1 motion for evidentiary hearing re 29-1.

    30 -  1   07/01/05    DEF 2 motion to suppress w/att memo.

    31 -  1   07/08/05    [Re: DEF 1-2] PLF 1 opposition to DEF 1 motion to suppress guns w/att
                          memo. (29-1), DEF 2 motion to suppress (30-1).

    32 -  1   07/11/05    [Re: DEF 1-2] PMP Minute Order granting motion for evidentiary hearing
                          re 29-1 (29-2); re evident hrg on motions to suppress (29-1 & 30-1) set
                          for 7/20/05 at 1:30 p.m. cc: USA, FPD, B. Cary, USM, USPO

    33 -  1   07/12/05    {SEALED}

    33 -  2   07/12/05    {SEALED}

    34 -  1   07/12/05    DEF 1 reply to opposition to DEF 1 motion to suppress guns (29-1) w/att
                          exhs.

    35 -  1   07/19/05    DEF 1 Unopposed motion to continue trial w/att aff.

    35A-  1   07/21/05    [Re: DEF 1-2] PMP Court Minutes [ECR:Keitha Kolvig] re: evid hrg on mots
                          to supress (held 7/20/05). Taken under advisement; R&R to issue.
                          Expedited transcript ordered. cc: USA, W. Carey, S. Tatter, Judge
                          Singleton

    36 -  1   07/22/05    [Re: DEF 1-2] JKS Minute Order re crt will hear the motion to continue
                          trial (35-1) at the FPTC currently set for 8/17/05 at 9:00 a.m. in
                          Juneau. cc: USA, S. Tatter, W. Carey, MJ Pallenberg, USM, USPO, JC, ECR,
                          Clerk, Chief Deputy

    37 -  1   07/29/05    DEF 1 Notice of Intent to change plea.

    38 -  1   07/29/05    USM Return of svc on DEF 1 re: writ of Habeas Corpus Ad Pros executed on
                          5/16/05-7/01/05.

    39 -  1   07/29/05    USM Return of svc on DEF 2 re: writ of Habeas Corpus Ad Pros executed on
                          5/16/05-7/01/05.

    40 -  1   08/02/05    JKS Minute Order re D1 PCOP hrg set for 8/17/05 at 9:00 a.m.; hrg to
                          cont trial/FPTC/TBJ prev set for 8/17/05 is VACATED. cc: USA, FPD, USM,
                          USPO, MJ Pallenberg, JC, Divisional Deputy

    41 -  1   08/02/05    [Re: DEF 2] JKS Minute Order re FPTC/TBJ prev set for 8/17/05 at 9:00
                          a.m. is RESET for 10:30 a.m. cc: USA, W. Carey, USM, USPO, JC,
                          Divisional Deputy

    42 -  1   08/02/05    [Re: DEF 1-2] Transcript of Evidentiary Hearings on Motions to Suppress
                          (held 7/20/05).

    43 -  1   08/05/05    Initial R&R re: DEF 1 motion to suppress guns (29-1); Recommended be
                          granted; Objections due NOON 08/10/05. cc: USA, S. Tatter, Judge
                          Singleton

 ACRS: R_RDSDX                    As of 12/01/05 at 2:56 PM by GARRY                       Page 3
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                           "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                      For all filing dates

Document #   Filed       Docket text

   43 -  2   08/05/05    Initial R&R re: DEF 2 motion to suppress (30-1); Recommended be granted;
                         Objections due NOON 08/10/05. cc: USA, W.Carey, Judge Singleton

   44 -  1   08/08/05    [Re: DEF 2] PLF 1 motion on shortened time to continue trial.

   45 -  1   08/08/05    DEF 1 response to PLF 1 motion on shortened time to continue trial
                         (44-1).

   46 -  1   08/08/05    DEF 2 limited non-opposition to [Re: DEF 2] PLF 1 motion on shortened
                         time to continue trial (44-1).

   47 -  1   08/09/05    [Re: DEF 1-2] JKS Minute Order re objections to R&R to be fld w/MJ
                         Pallenberg by 8/19/05; granting motion on shortened time to continue
                         trial (44-1); FPTC re D2 RESET for 9/28/05 at 9:00 a.m. in Anchorage;
                         TBJ re D2 RESET for 10/5/05 at 10:00 a.m. in Juneau; PCOP re D1 RESET
                         for 10/5/05 at 9:00 a.m. in Juneau. cc: USA, FPD, W. Carey, USM, USPO,
                         MJ Pallenberg, Jury Clerk, Divisional Deputy, Ida, ECR, Finance, Chief
                         Deputy

   48 -  1   08/18/05    [Re: DEF 1-2] PLF 1 motion to accept overlength objections to R&R on
                         motions to suppress.

   49 -  1   08/19/05    DEF 2 objection to R&R re: DEF 2 motion to suppress (30-1).

   50 -  1   08/19/05    DEF 1 objection to R&R re: DEF 1 motion to suppress guns (29-1).

   51 -  1   08/22/05    [Re: DEF 1-2] PMP Minute Order granting motion to accept govt's
                         overlength objections to R&R on motions to suppress (48-1). cc: USA,
                         FPD, W. Carey

   52 -  1   08/22/05    [Re: DEF 1-2] PLF 1 objection to R&R re: DEF 1 motion to suppress guns
                         (29-1), DEF 2 motion to suppress (30-1).

   53 -  1   08/25/05    [Re: DEF 1-2] PLF 1 reply to objection to R&R re: DEF 1 motion to
                         suppress guns w/att memo. (29-1), DEF 2 motion to suppress (30-1).

   54 -  1   08/26/05    DEF 1 reply to objection to R&R re: DEF 1 motion to suppress guns
                         (29-1).

   54A-  1   08/26/05    DEF 2 unopposed motion on shortened time for brief ext to 8/29/05 to
                         file reply to Def 2 mot to suppress. (30-1)

   55 -  1   08/29/05    DEF 2 reply to objection to R&R re: DEF 2 motion to suppress (30-1).

   56 -  1   08/30/05    [Re: DEF 2] PMP Minute Order granting unopposed motion on shortened time
                         for brief extension to to 8/29/05 to file reply (54A-1). cc: USA, W.
                         Carey

   57 -  1   09/06/05    Final R&R to grant DEF 1 motion to suppress guns (29-1), DEF 2 motion to
                         suppress. (30-1) cc:  USA, S. Tatter, W. Carey, Judge Singleton

   58 -  1   09/12/05    [Re: DEF 1-2] JKS Minute Order granting motion to suppress guns (29-1),
                         motion to suppress (30-1); parties to meet & confer & govt to file a
                         status rpt due 9/14/05 re trial. cc: USA, FPD, W. Carey, MJ Pallenberg

   59 -  1   09/14/05    [Re: DEF 1-2] PLF 1 motion on shortened time for reconsideration of
                         suppression evidence & reopen evidentiary hearing.

ACRS: R_RDSDX                    As of 12/01/05 at 2:56 PM by GARRY                       Page 4
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                        "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                   For all filing dates


Document #   Filed       Docket text

   60 -  1   09/14/05    [Re: DEF 1-2] JKS Minute Order that govt's mot to reconsider & re-open
                         evid hrg referred back to MJ Pallenberg; if MJ Pallenberg concludes
                         existing trial date of 10/5/05 doesn't allow time to consider the mot to
                         reconsider the crt will consider a separate mot for brf continuance of
                         trial if timely fld by one or more of the parties. cc: USA, FPD, W.
                         Carey, MJ Pallenberg

   61 -  1   09/14/05    DEF 1 opposition to [Re: DEF 1-2] PLF 1 motion on shortened time for
                         reconsideration of suppression evidence & reopen evidentiary hearing
                         (59-1).

   62 -  1   09/14/05    [Re: DEF 1-2] PLF 1 Status Report re: trial.

   63 -  1   09/16/05    [Re: DEF 1-2] JKS Minute Order re status conf set for 9/19/05 at 2:00
                         p.m. cc: USA, FPD, B. Carey, USM, USPO, MJ Pallenberg

   64 -  1   09/16/05    Final R&R re: [Re: DEF 1-2] PLF 1 motion on shortened time for
                         reconsideration of suppression evidence & reopen evidentiary hearing
                         (59-1);   Recommended be DENIED. cc: USA, FPD, B. Carey, Judge Singelton

   65 -  1   09/16/05    [Re: DEF 2] PLF 1 motion on shortened time to dismiss Indt w/o prejudice
                         against DEF 2.

   66 -  1   09/16/05    DEF 1 Notice of Intent to change plea.

   67 -  1   09/19/05    [Re: DEF 1-2] JKS Minute Order re status conf re DEF 1-2 prev set for
                         9/19/05 is VACATED; FPTC prev set for 9/28/05 & TBJ prev set for 10/5/05
                         re DEF 2; PCOP re DEF 1 prev set for 10/5/05 in Juneau is VACATED &
                         RESET for 9/27/05 at 9:00 a.m. in Anchorage; USM to transport DEF 1 to
                         Anchorage. cc: USA, FPD, W. Carey, USM, USPO, MJ Pallenberg, JC,
                         Divisional Deputy, ECR, Clerk, Finance, Chief Deputy

   68 -  1   09/19/05    [Re: DEF 2] JKS Order granting motion on shortened time to dismiss Indt
                         w/o prejudice against DEF 2 (65-1). cc: USA, W. Carey, USM, USPO, MJ
                         Pallenberg

   69 -  1   09/19/05    [Re: DEF 2] JKS Judgment of Discharge dismissed or Other count(s) 1 of
                         the Indictment (1-1). cc: USA, W. Carey, USM, USPO, def w/cnsls cy, MJ
                         Pallenberg

   70 -  1   09/19/05    [Re: DEF 2] copy of Order of Release re def released 9/19/05. cc: USA,
                         W. Carey, USM, USPO, MJ Pallenberg

   71 -  1   09/19/05    DEF 2 non-opposition to [Re: DEF 2] PLF 1 motion on shortened time to
                         dismiss Indt w/o prejudice against DEF 2 (65-1).

   72 -  1   09/27/05    [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] Re: PCOP hrg held
                         9/27/05; def changed plea to guilty to Ct 1 of Indt; IOS set for
                         11/22/05 at 9:00 a.m.. cc: USA, FPD, USM, USPO, Judge Pallenberg

   73 -  1   11/15/05    DEF 1 Sentencing Memorandum.

   74 -  1   11/15/05    [Re: DEF 1] PLF 1 Sentencing Memorandum.

   75 -  1   11/22/05    [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re IOS (held
                         11/22/05); sentence imposed as stated in the judgment.


ACRS: R_RDSDX                As of 12/01/05 at 2:56 PM by GARRY                        Page 5
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                            "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                        For all filing dates


 Document #    Filed      Docket text

    76 -   1   11/28/05   [Re: DEF 1] JKS Judgment pleaded guilty to ct 1 of Indt (1-1); sentenced
                          to 30 mos impr; 36 mos SR; $100.00 SA. cc: USA, FPD, Def w/cnsls cy,
                          USM, USPO, MJ Pallenberg, Finance, FLU
```